United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YEXANIA M. GUNERA-OLIVAS, | § | |
| (A#220-447-042) | § | |
| *Petitioner*, | § | |
| | § | |
| v. | §CIVIL ACTION NO. 4:26-CV-00128 | |
| | § | |
| PAMELA BONDI, ET AL., | § | |
| *Respondents*. | § | |

## **ORDER**

Petitioner advised the Court that she has an upcoming immigration court hearing on April 3, 2026.[1]  ECF 20; ECF 22.  It is therefore

ORDERED that the Court will hold a status conference at 10:00 AM on April 6, 2026 via Zoom video conference to discuss any impact of the immigration court hearing on the issues before this Court.

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on April 02, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 3.